IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE KRAIF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HUBERT GUEZ,<br><br>　　　　　　Defendant. | Case No. CV 12-06206 SJO (SHx)<br><br>**JUDGMENT AS TO PLAINTIFF'S FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT PURSUANT TO FED. R. CIV. P. 54(b)** |

**JUDGMENT**

The Court having received and reviewed the Plaintiff's Motion for Entry of Final Judgment as to his First Cause of Action for Breach of Contract submitted pursuant to Federal Rule of Civil Procedure 54(b), as well as the attached Declaration and Exhibits, Defendant's Notice of Non-Opposition, and the contents of the Court's file, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS TO BE ENTERED** in favor of Plaintiff on the Complaint's First Cause of Action, entitled "Breach of Contract," in the amount of $850,000, plus $116.44 per day (which constitutes 5% interest per annum) commencing on September 1, 2009.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:  January 2, 2013

_____
Judge S. James Otero
United States District Court Judge