# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE KRAIF,<br><br>        Plaintiff,<br><br>    v.<br><br>HUBERT GUEZ,<br><br>        Defendant. | CASE NO. 2:12-cv-06206-SJO(SH)<br><br>[Hon. S. James Otero]<br><br>**JUDGMENT ON ATTORNEYS' FEES**<br><br>Complaint Filed: July 18, 2012<br>Dismissal Entered: Oct. 15, 2013<br>Appeal Filed: November 14, 2013<br>Mandate Issued: June 30, 2014 |

1  Pursuant to the Court's August 26, 2014 Order granting in part Defendant
2  Hubert Guez's Renewed Motion for Attorneys' Fees pursuant to California Code of
3  Civil Procedure section 1021 (ECF No. 110), and good cause appearing therefor:

4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT
5  JUDGMENT IS TO BE ENTERED in favor of Defendant Hubert Guez for the
6  amount of $148,668.40, which represents the attorneys' fees that were reasonable and
7  necessary to Hubert Guez's successful defense of Plaintiff Serge Kraif's second claim
8  for relief alleged in this action for fraud and deceit, plus interest to accrue thereon at
9  the legal rate from the date of the Clerk's entry of this Judgment until the full
10 satisfaction of this Judgment.

11 IT IS SO ORDERED, ADJUDGED AND DECREED.

13 DATED: 9/21/14          By _____*S. James Otero*_____
                              Honorable S. James Otero

DICKSTEIN
SHAPIRO LLP

-2-

[PROPOSED] JUDGMENT ON ATTORNEYS' FEES